# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:  Thomas Searson                                              Case No:      16-30033

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case With Prejudice, §§ 105 and 1307(c), the Court finds that there is just and sufficient cause to grant relief sought by the Chapter 13 Trustee, therefore, it is

**ORDERED** that this case is dismissed with prejudice.  The Debtor is prohibited from filing any bankruptcy petition under Title 11, in any court, for a period of two (2) years from the date of this entry of this Order; and it is further

**ORDERED**, upon entry, the Clerk is directed to send a copy of this Order to all parties in interest in this case.

Dated:                                                      _____
                                                            Kevin R. Huennekens
                                                            Bankruptcy Judge
                                                            United States Bankruptcy Court

RICHMOND, VIRGINIA
_____

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218-1819
(804) 237-6800
VSB #27815

                                                            NOTICE OF JUDGMENT OR ORDER
                                                            Entered On Docket _____